IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 06-0628

FILED

SEP 2 6 2006

Ed Smith
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE MATTER OF REVISING
THE RULES FOR LAWYER
DISCIPLINARY ENFORCEMENT

)
)
)
)

ORDER

Before this Court is a Petition to Adopt Rule Changes filed on September 11, 2006 by Shaun R. Thompson, Disciplinary Counsel. Mr. Thompson has attached to his Petition an exhibit showing the existing rules and the proposed changes thereto.

The Board of Trustees of the State Bar of Montana has not offered a response or comment to this Petition. Therefore

IT IS ORDERED that the Board of Trustees of the State Bar of Montana is granted 30 days in which to prepare, file and serve it's response or comment on the Petition.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this order to Mr. Thompson, to the Executive Director of the State Bar of Montana, and to the Chair of the Board of Trustees of the State Bar of Montana.

Dated this 26th day of September 2006.

Karla M. Gray
Chief Justice

W. William Leaphart

Patricia Cotter

STATE LAW LIBRARY

DEC 0 6 2006

OF MONTANA

1

Justices

2